COURT
OF APPEALS

                                       SECOND
DISTRICT OF TEXAS

                                                   FORT
WORTH

                                        NO. 2-06-038-CV

 

IN RE TINA RENA BRADFORD                                                   RELATOR

                                              ------------

                                    ORIGINAL
PROCEEDING

                                              ------------

                                MEMORANDUM
OPINION[1]

                                              ------------

The
court has considered relator's petition for writ of mandamus and request for
emergency relief and is of the opinion that relief should be denied.  Accordingly, relator's petition for writ of
mandamus and request for emergency relief are denied.

Relator
shall pay all costs of this original proceeding, for which let execution issue.

___________________________

DIXON W. HOLMAN

JUSTICE

 

PANEL B:   HOLMAN, LIVINGSTON,
and DAUPHINOT, JJ.

 

LIVINGSTON, J., would request a response.

 








DELIVERED: February 6, 2006











    [1]See
Tex. R. App. P. 47.4.